UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 APR 16 PM 3:38

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MARTIN JACQUEZ-ESQUIVIAS,

          Defendant.

CASE NO. 09CR1147-JAH

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 16, 2009

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____